# United States Court of Appeals
## For the First Circuit

No. 15-2247

UNITED STATES OF AMERICA,

Appellee,

v.

RAMÓN DELGADO-PÉREZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 16, 2017, is amended as follows:

On page 22, line 22: "officer's" is replaced with "officers"